## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

      DAVID J MENINI

      KAREN A MENINI

           Debtor(s)

Case No. 10-44565

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2010.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 12/16/2010.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor:       $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC CREDIT & ROCOVERY | Unsecured | 80.20 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 5,022.43 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 3,113.93 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 23.40 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 202.82 | NA | NA | 0.00 | 0.00 |
| ALLAN CARTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARLINGTON RIDGE PATHOLOGY SC | Unsecured | 236.90 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELESS | Unsecured | 2,990.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 133.60 | NA | NA | 0.00 | 0.00 |
| BERNICE MENINI | Unsecured | 28,750.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES OF NORTHWEST SC | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK ANESTHESIA | Unsecured | 127.60 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK WOMENS CLINIC | Unsecured | 536.62 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Unsecured | 86.52 | NA | NA | 0.00 | 0.00 |
| CENTER FOR PEDIATRIC GASTROEN | Unsecured | 57.80 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COL/DEBT COLLECTOR SYSTEMS | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE CLINICAL SERVIC | Unsecured | 963.75 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 855.60 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE DISEASES | Unsecured | 500.80 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL | Unsecured | 578.06 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYSICI | Unsecured | 169.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FFCC COLUMBUS INC | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 472.74 | NA | NA | 0.00 | 0.00 |
| HEART CENTER | Unsecured | 21.40 | NA | NA | 0.00 | 0.00 |
| HINSDALE FAMILY MEDICINE | Unsecured | 77.60 | NA | NA | 0.00 | 0.00 |
| ICS INC | Unsecured | 115.20 | NA | NA | 0.00 | 0.00 |
| KANE MISAWA & SPIESS MD LLC | Unsecured | 271.40 | NA | NA | 0.00 | 0.00 |
| KATERJI PEDIATRIC NEUROLOGY | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| KEVIN KING MD | Unsecured | 96.30 | NA | NA | 0.00 | 0.00 |
| LAKESHORE GASTRO AND LIVER | Unsecured | 62.60 | NA | NA | 0.00 | 0.00 |
| LINDEN OAKS | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MEDCO FINANCIAL ASSOC | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 3,428.38 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 190.69 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 6,089.72 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE GASTROENTEROLOGY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNTIY PHYSICIA | Unsecured | 426.37 | NA | NA | 0.00 | 0.00 |
| NORTHWEST KIDNEY KARE | Unsecured | 55.80 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUB ANESTHESIOLOGI | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN COMM HO | Unsecured | 785.52 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC ASSOC OF NAPERVILL | Unsecured | 435.20 | NA | NA | 0.00 | 0.00 |
| PACIFIC PULMONARY SERVICES | Unsecured | 53.49 | NA | NA | 0.00 | 0.00 |
| PARTNERS IN PRIMARY CARE | Unsecured | 58.40 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LAB CONSULTANTS | Unsecured | 49.20 | NA | NA | 0.00 | 0.00 |
| PEOPLES CREDIT | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 16.89 | NA | NA | 0.00 | 0.00 |
| RK NATESH MD | Unsecured | 92.20 | NA | NA | 0.00 | 0.00 |
| SR PSYCHIATRIC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SRV | Unsecured | 109.20 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SRV | Unsecured | 24.20 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EAR NOSE & THROAT | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN MEDICAL CENTER | Unsecured | 42.60 | NA | NA | 0.00 | 0.00 |
| SUBURBAN PULMONARY & SLEEP | Unsecured | 114.40 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 596.69 | NA | NA | 0.00 | 0.00 |
| THE PEDIATRIC FACUILTY INC | Unsecured | 115.20 | NA | NA | 0.00 | 0.00 |
| THIADA MAW MD | Unsecured | 65.40 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 2,788.10 | NA | NA | 0.00 | 0.00 |
| WINSTON VILLAGE ASSOC | Secured | 2,200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/23/2010                         By: /s/ Glenn Stearns
                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)